Slip Op. 01 - 6

J U D G M E N T

UNITED STATES COURT OF INTERNATIONAL TRADE

Thomas J. Aquilino, Jr., Judge

- - - - - - - - - - - - - - - - - - - - -x

CRESCENT FOUNDRY CO. PVT. LTD. et al., :

                  Plaintiffs,   :

                v.                 :   Court No. 95-09-01239

                              :

UNITED STATES,

                              :

                  Defendant. :

- - - - - - - - - - - - - - - - - - - - -x


        The plaintiffs having interposed a motion pursuant to CIT Rule 56.2 for judgment upon the record compiled by the International Trade Administration, U.S. Department of Commerce ("ITA") sub nom. Certain Iron-Metal Castings From India:  Final Results of Countervailing Duty Administrative Review, 60 Fed.Reg. 44,849 (Aug. 29, 1995), aff'd in part, remanded in part sub nom. Crescent Foundry Co. Pvt. Ltd. v. United States, 20 CIT 1469,  951 F.Supp. 252 (1996), remand results aff'd, 21 CIT 696, 969 F.Supp. 1341 (1997), aff'd in part, rev'd in part, 168 F.3d 1322 (Fed.Cir. 1998), remanded, 23 CIT ___, Slip Op. 99-5 (Jan. 8, 1999), second remand results remanded, 24 CIT ___, Slip Op. 00-21 (Feb. 18, 2000); and this court in slip opinion 00-148, 24  CIT ___ (Nov. 9, 2000), having remanded to the ITA its remand results dated May 24,

2000 and stated to be pursuant to slip opinion 00-21 in order to eliminate the influence of rebates under India's International Price Reimbursement Scheme and Cash Compensatory Support program on the calculation of any subsidy under §80HHC of India's Income Tax Act; and the ITA having filed herein its <u>Final Results of Redetermination on Remand</u> dated December 11, 2000 and stated to be pursuant to slip opinion 00-148; and this court having reviewed those <u>Final Results</u> and not having received any comments thereon or opposition thereto from any party to this case; Now therefore, after due deliberation, it is

ORDERED, ADJUDGED and DECREED that the ITA's <u>Final Results of Redetermination on Remand</u> dated December 11, 2000 be, and they hereby are, affirmed.

Dated: New York, New York
       January 24, 2001

_____
                          Judge